JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FRANCISCO CASTRO, | CASE NO. 2:19-CV-01664-SK |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| R. C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order Denying Petition, **IT IS ADJUDGED** that this habeas action is dismissed with prejudice.

DATED: November 6, 2019

_____
STEVE KIM
U.S. MAGISTRATE JUDGE